UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRACY L. CONNALLY | CIVIL ACTION NO. 1:09-cv-1602 |
| VERSUS | JUDGE DRELL |
| METROPOLITAN LIFE INSURANCE COMPANY | MAGISTRATE JUDGE KIRK |

## STATEMENT OF COMPLETENESS OF THE ADMINISTRATIVE RECORD

NOW INTO COURT, through undersigned counsel, comes plaintiff, Tracy L. Connally, who submits the Employee Benefit Plan and Administrative Record has been submitted by Metropolitan Life Insurance Company, and the record is deemed complete.

Respectfully Submitted,

***DALRYMPLE & LEDET, LLC***

BY:    /s/ *Eugene A. Ledet, Jr.*
EUGENE A. LEDET, JR., LA Bar Roll # 19681
1450 Dorchester Drive (71301)
P.O. Box 14440
Alexandria, LA  71315
Telephone: 318.442.1818  Facsimile:  318.445.3110
E-mail:  gene@dalrympleledet.com
E-mail:  geneledet@msn.com
**Attorneys for Plaintiff Tracy L. Connally**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRACY L. CONNALLY | CIVIL ACTION NO. 1:09-cv-1602 |
| VERSUS | JUDGE DRELL |
| METROPOLITAN LIFE INSURANCE COMPANY | MAGISTRATE JUDGE KIRK |

### CERTIFICATE

I, Eugene A. Ledet, Jr., certify that today, April 23, 2010, the foregoing Statement of Completeness of the Administrative Record has been electronically filed this date with the Court using the CM/ECF System and has been provided to parties listed below and to all other parties in interest, by electronic notification and/or facsimile transmission and/or regular United States Mail, properly addressed with sufficient postage affixed:

Kyle L. Gideon
810 South Buchanan St.
P.O. drawer 2908
Lafayette, LA 70502-2908
Counsel for Metropolitan Life Insurance Company
Facsimile: 337.237.3676

Honorable James D. Kirk
United States District Court Magistrate Judge
United States Post Office & Courthouse
515 Murray Street
Alexandria, LA 71309-1072

Honorable Dee D. Drell
United States District Court Judge
Uniated States Post Office & Courthouse
515 Murray Street
Alexandria, LA 71309

Alexandria, Louisiana, this 23nd day of April, 2010.

*Dalrymple & Ledet, LLC*
By: /s/ *Eugene A. Ledet, Jr.*